■ The People of the State of New York, Respondent, v. Richard D. Potter, Appellant.— Memorandum by the Court. Appeal from an order of the County Court of Broome County which dismissed, without a hearing, defendant's application in the nature of a writ of error *coram nobis.* Defendant's

hearsay allegation that the report of psychiatric examination (Code Crim. Pro., § 662-a) was not served upon his counsel is completely unsupported. Defendant's additional contentions are also without merit. Order affirmed. Gibson, P. J., Herlihy, Taylor, Aulisi and Hamm, JJ., concur.